FIFTH DEPARTMENT, JANUARY TERM, 1893.

Respondents. — Judgment appealed from affirmed on opinion of Daniels, J., at Special Term.

Edward W. Hankins, Appellant, v. The New York, Lake Erie and Western Railroad Company, Respondent. — Order denying plaintiff's motion for a new trial affirmed, with costs, on authority of the decision in this case as reported in 59 Hun, 51; Lewis, J., dissenting.

The North-eastern Permanent Savings and Loan Association v. Hiram L. Barker, Respondent, Impleaded with George W. Duncan and others, Appellants. — Judgment of the County Court of Monroe county appealed from affirmed, with costs. Opinion by Dwight, P. J.

Jacob Bisson and another, Respondents, v. Chauncey M. Depew, Appellant, Impleaded with others, Respondents. — Judgment appealed from affirmed, with costs, payable by the appellant. Opinion by Lewis, J. (See Bisson and another, Respondents, v. The West Shore R. R. Co., Appellant, reported ante, p. 604.)

Solon S. Laing, as President of the Bank of Cattaraugus. Appellant, v. Alonzo B. Rush and others, Respondents. — Order denying plaintiff's motion for a new trial appealed from affirmed, with costs. Opinion by Dwight, P. J.

William Selover. Respondent, v. Absalom Lockwood and others, Appellants. — Interlocutory judgment appealed from reversed, with costs. Opinion by Macomber, J.

William Roades, Respondent, v. Eliza T. Larson, Appellant. — Judgment and order appealed from reversed and a new trial granted, with costs to abide the event, unless the plaintiff stipulate to reduce the damages therein to the sum of $2,000, and if such stipulation be given, the judgment, so modified, affirmed, without costs to either party: Opinion by Lewis, J.

The People of the State of New York ex rel. George R. Van Alstyne, Appellant, v. Burton H. Davy, as Sheriff of Monroe County, Respondent. — Order appealed ,from affirmed, with costs.

Ida C. Kurz, Respondent v. Henry Fish, Appellant, Impleaded, etc. — Judgment appealed from affirmed. Opinion by Macomber, J.

Frances Connolly, Respondent, v. The Buffalo, Rochester and Pittsburg Railroad Company, Appellant — Judgment and order appealed from affirmed.

Joseph Donnelly, Appellant, v. John Donnelly and others, Respondents. — Judgment appealed from affirmed, with costs. Opinion by Macomber, J.

Eugene McEntee, Jr., as Executor, etc., of Eugene McEntee, Sr., Deceased. Appellant, v. William B. Aris and another, Respondents. — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Lewis, J.

Cincinnati National Bank, Respondent, v. Myron H. Tilden, Jr., Respondent, and Thomas Brown, as Administrator, etc., Impleaded, etc., Appellant.

Thomas Brown. as Administrator, etc., Impleaded, etc., Appellant, v. Myron H. Tilden, Jr., and Cincinnati National Bank, Impleaded, etc., Respondents. — Order appealed from reversed and order to be entered directing receiver to pay to counsel for respondents the sum of fifty dollars for services in procuring appointment of receiver, and to pay the balance of fund in his hands to appellant, Thomas Brown Opinion by Lewis, J.

Susan Ehlein, Respondent, v. Samuel N. Brayton, Appellant. — Order appealed from modified as indicated in opinion, and, as so modified, affirmed, without costs of this appeal to either party. Opinion by Dwight, P. J.

Ludwig Herbst, Respondent, v. The Vacuum Oil Company, Appellant. — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Lewis, J.

John D. Chamberlain, Respondent, v. Joseph Dumville and others. Appellants. — Order appealed from reversed, with ten dollars costs and disbursements. Opinion by Dwight, P. J.

Alice L. Monroe, Respondent, v. George H. Monroe. Appellant. — Interlocutory judgment appealed from affirmed, with costs. Opinion by Macomber, J.

Joseph Kress, Respondent, v. The East Side Savings Bank, Appellant. — Judgment and order of the County Court of Monroe county appealed from affirmed, with costs. Opinion by Dwight, P. J.

Etta L. Alexander, Appellant, v. The Rochester City and Brighton Railroad Company, Respondent.—Order granting a new trial appealed from affirmed, with costs to abide the event.

Charles H. Shepherd, as Administrator, etc., Plaintiff, v. The Northern Central Railway Company, Defendant. — Plaintiff's motion for a new trial denied. with costs, and judgment directed for the defendant on the nonsuit.

James Talcott. Respondent, v. Peter Thomas and another, Appellants. — Interlocutory and final judgments appealed from affirmed, with costs. Opinion by Dwight, P. J.

Frances C. Lathrop, Respondent, v. Orator F. Woodward, Appellant. — Judgment appealed from affirmed. Opinion by Macomber, J.

Frances A. Dike, Respondent, v. William Long, Survivor, etc., Appellant. — Judgment reversed and a new trial granted, with costs to abide the event. Opinion by Lewis, J. (See William T. Long v. William Long, Survivor, etc., reported, ante, p. 595.)

William T. Long and another. Appellants, v. Bertha Long, Respondent. — Judgment appealed from affirmed, with costs, on opinion of James C. Smith, Referee.

William H. Walker, Respondent, v. American Central Insurance Company of St. Louis, Missouri, Appellant. — Judgment and order appealed from affirmed. Opinion by Macomber, J.

Henry McLean, Appellant, v. The Standard Oil Company of Indiana, Respondent. — Judgment appealed from reversed and a new trial granted, with costs to abide the event. Opinion by Lewis, J.

David E. Barrows, Respondent, v. Henry N. Webster, Appellant.—Judgment appealed from reversed and a new trial granted, with costs to abide the event. Opinion by Dwight, P. J.

Almira Rowland, Respondent, v. Daniel Sprouls, Appellant.—Order denying defendant's motion for a new trial appealed from affirmed, with costs. Opinion by Lewis, J.

Clarence L. Dunn, as Administrator, etc., of Abram M. Dunn, Deceased. Appellant, v. Cornelius R. Parsons, Respondent.—Judgment and order appealed from affirmed Opinion by Dwight, P. J.

Lena Hahnke, by Guardian, Respondent, v. Adam Freiderick, Appellant. — Judgment and order appealed from affirmed.

Robert Talbert, Respondent, v. James Slorum, Administrator, etc., Impleaded, etc., Appellant. — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

The Penn Mutual Life Insurance Company. Respondent, v. Edwin C. Bradley, Appellant — Judgment appealed from affirmed. Opinion by Lewis, J.

Michael Doyle and another. Appellants, v. John F. Unglish and another. Respondents. — Judgment appealed from affirmed. Opinion by Macomber, J,

Alonzo Halliday, Respondent, v. Hannah White, Appellant.— Judgment appealed from affirmed. Opinion by Lewis, J.

The Birdsall Company. Respondent, v. Stephen B. Ayres, Appellant. — Judgment appealed from affirmed. Opinion by Macomber, J.